# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Case No. 06-202M |
| v. | ) |
| | ) |
| DAVID McMILLAN, | ) DETENTION ORDER |
| | ) |
| Defendant. | ) |
| _____ | ) |

<u>Offenses charged</u>:

  Counts 1: Failure to Appear for Arraignment on Charges of Bank Fraud.

<u>Date of Detention Hearing</u>: May 5, 2006.

  The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

  (1) Defendant has prior failures to appear in court.

  (2) Defendant has prior and on-going substance-abuse issues.

  (3) Defendant is viewed as a risk of flight based on his prior failures to appear.

  (4) Defendant is being detained without prejudice to his right to raise detention issues when he appears before the District of South Carolina, which appearance is scheduled for June 8, 2006, at 9:45a.m.

(5) Based upon the foregoing findings of the Court, there appear to be no conditions or combination of conditions other than detention that will address the risk of flight.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 5th day of May, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge